UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

APRIL L. SMITH,

           Plaintiff,

-vs-                                Case No. 6:05-cv-566-Orl-28DAB

EMPIRE INDEMNITY INSURANCE
COMPANY,

           Defendant.
_____

## ORDER

This case is before the Court on Plaintiff, April L. Smith's, Motion to Dismiss Defendant's Ninth Affirmative Defense (Doc. 16). Defendant filed a Response and Notice of Withdrawal of Ninth Affirmative Defense (Doc. 18), noting that "Defendant withdraws Affirmative Defense #9 without prejudice to later replead same to the extent facts become available and/or are revealed through discovery to support said Affirmative Defense." Response, ¶ 3.

Based on Defendant's Withdrawal of the Ninth Affirmative Defense, Plaintiff's Motion to Dismiss Defendant's Ninth Affirmative Defense (Doc. 16) is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _26_ day of May, 2005.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party